UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARCI MARKWART, an individual

    Plaintiff,

v.                                    Case No:  2:13-cv-186-FtM-38DNF

UNITED PARCEL SERVICE, INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court on the Plaintiff, Marci Markwart and the Defendant, United Parcel Service, Inc.'s Joint Stipulation of Dismissal with Prejudice (Doc. #37) filed on May 5, 2014.  Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)    A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the Plaintiff informs the Court that the Parties have settled the case and advises that she voluntarily dismisses the Complaint with prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Marci Markwart and the Defendant, United Parcel Service, Inc.'s Joint Stipulation of Dismissal with Prejudice  (Doc. #37) is **GRANTED**.  The Clerk of the Court

is directed to **DISMISS** the case, enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of May, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record